UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE DARONTE DAVIS, et al., | No. 2:24-cv-03275-EFB (PC) |
| Plaintiffs, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiffs, two state prisoners proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff Maurice Daronte Davis has submitted an application to proceed in forma pauperis. ECF No. 2. Plaintiff Brandyn Howard has not filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] *See* 28 U.S.C. §§ 1914(a), 1915(a).

A court may allow multiple prisoners to proceed in a federal lawsuit provided the standard of Federal Rule of Civil Procedure 20(a)(1) is satisfied. However, if the joint-filing prisoners proceed in forma pauperis under 28 U.S.C. § 1915, each prisoner must qualify for in forma pauperis status and pay the full filing fee in installments. *Johnson v. High Desert State Prison*,

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

127 F.4th 123, 137 (9th Cir. 2025).[2]

Plaintiff Howard is provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.

Plaintiff Howard is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff Howard shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff Howard's failure to comply with this order will result in a recommendation that he be dismissed from this action;

2. The Clerk of the Court is directed to send plaintiff Howard a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiffs' June 9, 2025 motion to expedite ruling (ECF No. 9) is DENIED.  The court will act on plaintiffs' case in due course following the filing of either a satisfactory in forma pauperis application or filing fee from plaintiff Howard.

Dated: November 19, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Alternatively, multiple prisoners who wish to proceed jointly in a suit may proceed without in forma pauperis status under 28 U.S.C. § 1914 by paying a single filing fee up front. *Johnson*, 127 F.4th at 133.